AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION        ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED | U.S. District Court for the Western District of Pennsylvania |
| 26-cv-97               01/17/2026 | 700 Grant Street<br>Pittsburgh, Pennsylvania 15219 |
| PLAINTIFF | DEFENDANT |
| SENAY KURTULUS | SCHEDULE A DEFENDANTS, |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-431-469 | lovelymermaidpattern | SENAY KURTULUS |
| 2 VA 2-431-290 | palmflamingopattern | SENAY KURTULUS |
| 3 VA 2-431-287 | | |
| 4 VA 2-431-475 | | |
| 5 VA 2-431-528 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 VA 2-431-469 | | |
| 2 VA 2-431-290 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Print          Save As...          Reset

| Register of Copyrights | U.S. District Court for the Western District of Pennsylvania |
|---|---|
| U.S. Copyright Office | 700 Grant Street |
| 101 Independence Ave. S.E. | Pittsburgh, Pennsylvania 15219 |
| Washington, D.C. 20559-6000 | |

| PLAINTIFF: | | DEFENDANT: |
|---|---|---|
| SENAY KURTULUS | 26-cv-97 | SCHEDULE A DEFENDANTS, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6  VA 2-431-296 | unicorncatrainbowpattern | SENAY KURTULUS |
| 7  VA 2-431-531 | littlemermaid | SENAY KURTULUS |
| 8  VA 2-431-297 | watercolormerpattern | SENAY KURTULUS |

In the above-entitled case, the following copyright(s) have been included:

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 4 VA 2-431-475 | lovelymermaid | SENAY KURTULUS |
| 5  VA 2-431-528 | DOENOELPATTERN | SENAY KURTULUS |
| 6  VA 2-431-296 | unicorncatrainbowpattern | SENAY KURTULUS |
| 7  VA 2-431-531 | littlemermaid | SENAY KURTULUS |
| 8  VA 2-431-297 | watercolormerpattern | SENAY KURTULUS |